# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

MARINA ISKHAKOVA, on behalf of herself and
all others similarly situated,
      Plaintiff,

v.                                                    CASE NO.: 1:22-cv-4217

J. CREW GROUP, LLC,
      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendant that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that the above entitled action specifically with regard to the

Defendant  shall be and hereby is dismissed with prejudice and on the merits, without costs, or

disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above

entitled action pursuant hereto.


Dated: September 16, 2022                             Respectfully Submitted,

                                                */s/Mark Rozenberg*
                                                Mark Rozenberg, Esq.
                                                **Stein Saks, PLLC**
                                                One University Plaza
                                                Hackensack, NJ 07601
                                                mrozenberg@steinsakslegal.com
                                                Tel. 201-282-6500
                                                Fax 201-282-6501
                                                *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 16th day of September, 2022

Respectfully Submitted,

*/s/ Mark Rozenberg*
Mark Rozenberg

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J. 9/19/2022